**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| GARY L. GREGG AND MARY E. GREGG, | : No. 255 WAL 2022 |
| | : |
| Petitioners | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| AMERIPRISE FINANCIAL, INC., | : |
| AMERIPRISE FINANCIAL SERVICES, INC., | : |
| RIVERSOURCE LIFE INSURANCE | : |
| COMPANY AND ROBERT A. KOVALCHIK, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.